417 A.2d 769

Commonwealth v. Patterson, Appellant.

Submitted March 12, 1979. John B. Schaner, for appellant; Richard Mohler, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.

417 A.2d 769

Commonwealth v. Powell, Appellant.

Submitted March 12, 1979. John B. Schaner, for appellant; Richard Mohler, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and MONTGOMERY, JJ.

The judgment of sentence of the lower court is hereby affirmed.